FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2008 SEP 11 AM 9:40

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GABRIELLE J. BROWNING ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BRYAN J. MELVIN ) <br> ) <br> Defendant. ) <br> _____) | Case No. 4:08-CV-3129 <br><br> CONSENT TO EXERCISE OF <br> JURISDICTION BY A UNITED <br> STATES MAGISTRATE JUDGE <br> AND ORDER OF REFERENCE |

## CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the parties in this case hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment. Any appeal shall be taken to the United States court of appeals for this circuit.

| Signature of Attorney or Party | Name of Party | Date |
|---|---|---|
| [signature] | For _Gabrielle Browning_ | 9/5/08 |
| [signature] | For _BRYAN J. MELVIN_ | 9/8/08 |
| _____ | For _____ | _____ |
| _____ | For _____ | _____ |
| _____ | For _____ | _____ |

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to the Honorable David L. Piester, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and the foregoing consent of the parties.

Sept. 11, 2008
DATE

UNITED STATES DISTRICT JUDGE