IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GABRIELLE J. BROWNING, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CV3129 |
| | ) | |
| V. | ) | |
| | ) | |
| BRYAN J. MELVIN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Upon the plaintiff's unopposed oral motion, the telephonic planning conference is continued to November 25, 2008 at 2:45 p.m. (C.S.T.)  Counsel for the plaintiff shall place the call.

DATED this 17th day of November, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge