IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GABRIELLE J. BROWNING, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CV3129 |
| | ) | |
| v. | ) | |
| | ) | |
| BRYAN J. MELVIN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

The joint motion and stipulation of the parties, filing no. 27, is granted. This matter is dismissed with prejudice, complete record waived, with costs taxed to the parties incurring the same.

DATED this 19th day of June, 2009.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge
In the absence of
David L. Piester
United States Magistrate Judge